ISRAEL GROSSMAN et al., Appellants, v NEW YORK LIFE INSURANCE COMPANY, Respondent. (And a Third-Party Action.)

Submitted June 4, 2012; decided August 30, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the action within the meaning of the Constitution.

In the Matter of HARRY JOSIFIDIS, Appellant, v RICHARD F. DAINES, as Commissioner of Health, et al., Respondents.

Submitted June 4, 2012; decided August 30, 2012

Motion for reargument of motion for leave to appeal denied [see 19 NY3d 801 (2012)].

In the Matter of MARQUIS B., Appellant, v RASON B. et al., Respondents.

Submitted June 4, 2012; decided August 30, 2012

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.